## Sniderman (Hershenson, Appellant) v. Nerone et al.

Argued October 3, 1939.   Before KEPHART, C. J., SCHAFFER, MAXEY, LINN, STERN and BARNES, JJ.

*Abraham Pervin,* for appellant.

*Saul Chersky,* with him *B. H. Smyers, Jr.,* and *J. Wray Connolly,* for appellee.

PER CURIAM, November 27, 1939:

The order is affirmed on the opinion* of the learned President Judge of the Superior Court.

*Reported in 136 Pa. Superior Ct. 381.